**Order entered August 14, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00843-CV

## IN RE CHERISH ARNOLD, Individually, and as Next Friend of M.N.A. and M.D.A., Minor Children, and as Next Friend of DANIEL TODD ARNOLD, an Incapacitated Adult, RELATORS

**Original Proceeding from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-18-0116**

## ORDER
Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of today's date, we **GRANT** relators' August 12, 2019 amended motion to dismiss their petition for writ of mandamus as moot. We **DISMISS** as moot relators' petition for writ of mandamus. We **ORDER** that relators bear the costs of this original proceeding.


/David L. Bridges/
DAVID L. BRIDGES
JUSTICE